ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

              - v. -                  :        **UNSEALING ORDER**

LOURDES BASTARDO,                     :        08 Cr. 623
YDANIA SOSA, and
LEDYS LIZ,                            :

              Defendants.             :

- - - - - - - - - - - - - - - - - - - x

        WHEREAS, the above-captioned indictment was returned on

July 10, 2008 and, upon application of the Government, ordered to

be filed under seal; and

        WHEREAS the Government has requested that the above-

captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as

08 Cr. 623 be unsealed.


Dated: New York, New York
       August 12, 2008


SO ORDERED:


_____
HONORABLE HENRY PITMAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
AUG 1 3 2008