**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
         against
_____ Bastard_____

(Alias)_____

_____

                Please PRINT Clearly
```

DOCKET NO. ASSIGNED: 08 Crim 623
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO: JAMES M. PARKISON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE: Dawn M Florio
PRINT THE FOLLOWING INFORMATION CLEARLY
Dawn M Florio
Attorney for Defendant
Dawn M Florio Law Firm PLLC
Firm name if any
3604 Broadway
Street address
NY, NY 10031
City / State / Zip
(212) 939-9539
Telephone No
(646) 210-5393

[Stamp: AUG 13 2008]

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186